Christine LUCAS, Trustee, Robert Lucas Family Trust, Plaintiff–Appellant,

v.

CITIMORTGAGE, INC., Defendant–Appellee.

No. 14–1422.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: July 31, 2014.

Christine M. Lucas, Appellant Pro Se.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christine Lucas appeals the district court's order dismissing her civil complaint for lack of jurisdiction pursuant to the *Rooker–Feldman* * doctrine and on the basis of res judicata. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Lucas' informal brief does not challenge the basis for the district court's disposition, Lucas has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* *D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Rooker v. Fid. Trust Co.*, 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923).